**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-2352**

———————————

ROBERT P. SLABY; LOUISE A. SLABY,

Plaintiffs - Appellants,

versus

WILLIAM D. BERKSHIRE; 1691 LIMITED PARTNER-
SHIP; LANCER CORPORATION; CROFTON COUNTRY
CLUB; JOHN DOE,

Defendants - Appellees,

and

WILLIAM SPORRE; MARK SPOLARICH; NEIL T. BELL,

Defendants.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Joseph H. Young, Senior District Judge.
(CA-94-1633-Y)

———————————

Submitted:  March 27, 1997          Decided:  April 2, 1997

———————————

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert B. Slaby, Louise A. Slaby, Appellants Pro Se.  Lynn T.
Krause, KRAUSE & FERRIS, P.A., Annapolis, Maryland; Kathryn Miller
Goldman, WEINER, ASTRACHAN, GUNST, HILLMAN & ALLEN, P.A., Balti-
more, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order entering judgment for Appellees on Appellants' claim alleging discrimination in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213 (West 1995 & Supp. 1996). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Slaby v. Berkshire, No. CA-94-1633-Y (D. Md. Aug. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED